IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CV-443-FL

| | | |
|---|---|---|
| JOHANNA A. HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| VARIETY WHOLESALERS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to compel arbitration and to dismiss or stay proceedings (DE 33). For good cause shown, defendant's motion is GRANTED. Upon a valid arbitration agreement between the parties that covers plaintiff's claim for retaliation under Title VII of the Civil Rights Act of 1964, (see DE 34-1 at 5-8) (the "arbitration agreement"), the court COMPELS plaintiff to arbitrate in accordance with the terms of the arbitration agreement. Pursuant to 9 U.S.C. § 3, this matter is STAYED until such arbitration has been completed. See Smith v. Spizzirri, 601 U.S. 472, 478 (2024). Defendant is DIRECTED to file, within 180 days of the date of this order, or upon completion of arbitration, whichever is earlier, a report regarding the status of the arbitration.

SO ORDERED, this the 15th day of October, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge